MINUTE ENTRY - P/T Conf Ord, dtd 09/14/01 - Joint P/T Conf Ord in t/consolidated cases CV-98-6387 & CV-01-4538(g) is apprvd. These matters are now transferred to t/Dist of Guam pursuant to t/provision of t/Federal Tort Claims Act. Trial is to be a damages trial only, US having accepted liability, & having agreed to defend & indemnify t/other Dft Serco

CLERK'S Cert of transmittal of t/following:
  8/6/98  1  COMPLAINT filed Summons(es) Issued referred to Discovery Robert N. Block (bg) [Entry date 08/11/98] [2:98cv6387]

8/6/98  2  NOTICE by plaintiff Ku Sung Lee, plaintiff Kyung Sook Whitson, plaintiff Tae Heung Chung, plaintiff Sung Yoo    Park, plaintiff Ok Ran Kim of related case(s) CV97-7023 HLH (RCx) (jc) [Entry date 08/14/981 [2:98cv6387]

8/21/98  3  ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 224 (Related Case) filed. [ Related Case no.: CV97-7023 HLH (RCx)] Case       transferred from Judge Ronald S. Lew to Judge Harry L.      Hupp for all further proceedings. The case number will now      reflect the initials of the transferee Judge [ CV98-6387      HLH (RCx)]., Case referred from Discovery Robert N. Block      to Discovery Rosalyn M. Chapman . (cc: all counsel) (jc)      [Entry date 08/24/98] [2:98cv6387]

  9/1/98  4  SUPPLEMENTAL ORDER OF CONSOLIDATION by Judge Harry L. Hupp ; mandatory status conference set on 1:30 10/9/98 (Re MDL     1237; cv 98-6239; 98-6240; 98-6292; 98-6298; 98-6301;      98-6310; 98-6315; 98-6316; 98-6317; 98-6327; 98-6334; 98-6335; 98-6338; 98-6340; 98-6342; 98-6346; 98-6358; 98-6388; 98-6389; 98-6463; 98-6464; 98-6465; 98-6466 (shb) [Entry date 09/23/98] [2:98cv6387]

  2/1/99  5  ANSWER filed by defendant Serco Management Svc to complaint [1-1]; jury demand (Relates to MDL 1237) (shb)      [Entry date 02/03/99] [2:98cv63871

  2/24/99  6  WAIVER OF SERVICE of SUMMONS by defendant Serco Management  Svc sent by plf on 12/2/98 (el) [Entry date 02/25/99]      [2 : 98cv6387]

  4/22/99  7  NOTICE OF CHANGE Of Address filed Korean Air Lines re Condon & Forsythe (RE MDL 1237) (shb) [Entry date 04/23/991      [2 : 98cv6387]

  4/30/99  8  NOTICE OF CHANGE Of Address filed by atty Jennifer Johnston   for deft Korean Air Lines [Relates to MDL# 1237] (et)      [Entry date 05/13/99] [2:98cv6387]

  5/3/00  9  OPPOSITION by dft Korean Air Lines Co., Ltd to mot to enforce partial sttlmrit; memo of PA; decl of Jennifer J. Johnston. (ab) [Entry date 05/05/00] [2:98cv6387]

  9/27/00  10  NOTICE of lien & agreement btwn KAL & Tae Heung Chung, Sung    Yoo Park & Ok Ran Kim relating to cash advances fld by dft      Korean Air Lines Ltd (mrgo) [Entry date 10/03/00]      [2: 98cv6387]

  10/4/00  11  NOTICE of lien and agreement between KAL and Kil Sung Rhee   and Kyung Sook Whitson relating to cash advances by defendant Korean Air Lines Co. (re: MDL 1237) (pbap) [Entry date 10/10/00] [2:98cv63871

  3/2/0 1  12  NOTICE OF MOTION by unknown USA to strike, and for costs ; motion hearing set for 10:00 3/26/01. (re: MDL 1237) (pbap) [Entry date 03/07/01] [2:98cv6387J

3/2/01 -- LODGED prop ord w/mtn (FWD TO CRD) (pbap)      [Entry date 03/07/011 [2:98cv6387]

   3/5/0 1  13  EX PARTE APPLICATION filed by unknown USA to expedite hrg on its mtn to str plfs experts wits Lodged prop ord (pbap) [Entry date 03/08/011 [2:98cv6387]

   3/7/01  14  ORDER by Judge Harry L. Hupp granting exparte motion to expedite hrg on its mtn to str plfs experts wits [13-1],       resetting hearing on motion to strike [12-1] and motion for      costs [12-2] to 10:00 3/19/01. Cnsl may appr by conf      telephone. (pbap) [Entry date 03/13/01] [2:98cv63871

   3/9/01  15  OPPOSITION by plaintiff to exparte motion to expedite hrg on its mtn to str plfs experts wits [13-1], motion to     strike [12-1], decl of Juanita M. Madole (pbap) [Entry date 03/13/01] [2:98cv6387]

   3/12/01  16  DECLARATION of Charles Herrmann by plaintiffs in supprt of  plfs  response re motion to strike [12-1] (pbap)         [Entry date 03/15/01] [2:98cv6387]

   3/14/01  17  RESPONSE by defendant Korean Air Lines Co & Opp to plfs attempts to conduct liability trials in the unsettled cases re motion to strike [12-1] expert wits. (re: MDL 1237) (pbap) [Entry date 03/15/01] [2:98cv6387]

   3/14/01  18  JOINDER by defendant Serco Management Svc joining motion to strike [12-1] expert wits. (pbap) [Entry date 03/15/01]       [2: 98cv63 871

   3/14/01  19  REPLY by defendant USA to opp to motion to strike [12-1] plfs  expert wits (pbap) [Entry date 03/19/01]      [2: 98cv6387]

   3/19/01  20  MINUTES: granting motion to strike [12-1] with exceptions  indicated (herein); granting motion for costs [12-2] in the       amt of $6,000 by Judge Harry L. Hupp CR: Cynthia L. Mizell.     **see mm ord for addtnl info** (pbap) [Entry date 03/21/011     [Edit date 04/23/011 [2:98cv6387]

   3/22/01  21  USA  5 MEMO OF CONTENTIONS OF FACT and LAW (Relates to MDL 1237) (shb) [Entry date 03/23/01] [2:98cv6387]   3/22/01  22  USA s WITNESS list submitted (Relates to MDL 1237) (shb)      [Entry date 03/23/01] [2:98cv6387]

   3/23/01  23  EXHIBIT list by USA (Re decedent RHee, Hi Ra) (Relates to MDL 1237) (shb) [Entry date 03/27/01] [2:98cv6387]

   3/28/01  24  JOINT EXHIBIT list (yc) [Entry date 04/02/01]      [2: 98cv6387]

   3/28/01  25  WITNESS list submitted by plaintiffs (yc) [Entry date 04/03/011 [2:98cv6387]

   3/28/01  26  MINUTES: by Judge Harry L. Hupp; ; pretrial conference on  1:30 4/18/01 In addition certain individual problems are       noted as follows: In case no. CV 98-2243, CV 98-6389 and CV       98-6387 Serco is the only dft and the matter was orignally      filed here. Contrary to previous indications, these cases       will be tried in this district. Pltfs in case no. CV       98-2243, CV 98-6389 and CV 98-6387 dismiss any claims for punitive damages, confirming the crts understanding that      this had been done before. The parties are requested to file      all papers under the

Central District number, not the Guam number. (see tnins) CR: Cynthia L. Mizell (yc) [Entry date 04/04/011 [Edit date 05/10/01] [2:98cv63871

4/5/01 28 MINUTES: Cnsl for the following cases: 98-6334; 98-4500; 98-6345; 98-6344; 98-6343; 98-6342; 98-6341; 98-6337; 98-6388; 98-6316; 98-6806; 98-5450; 98-6369; 98-2243; 98-6389; 99-13513; 99-7226; 99-13527; 99-13508; 98-6387 are advised of the PTC set for 4/18/01 at 1:30 p.m. If you hay any questions concerning this minute order, please contact the court clerk at (213) 894-5216 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 04/19/01] [2 : 98cv63 87]

4/11/01 -- LODGED PTC ord (re: Rhee, Hi-Ra (Decedent) (FWD TO CRD) (pbap) [Entry date 04/17/01] [2:98cv6387]

4/11/01 27 MEMO OF CONTENTIONS OF FACT and LAW f Id by Hi-Ra Rhee (Decedent) (ri) [Entry date 04/18/011 [2:98cv6387]

4/17/01 32 RESPONSE by plaintiffs to OSC on late filings on PTC Ords (MDL No 1237) (dw) [Entry date 05/01/01] [2:98cv6387] 4/18/01 29 RENEWED MOTION by movant USA in 2 : 98-cv-06387 to strike plfs expert witness Barbara Luna motion hearing set for 10:00 5/14/01 Lodged ord (bg) [Entry date 04/23/01] [2 : 98cv6387]

4/18/01 30 NOTICE OF Renewed motion to strike plfs expert witness Barbara Luna [2 9-1] filed by movant USA in 2 : 98-cv-06387 (bg) [Entry date 04/23/01] [Edit date 04/23/011 [2 : 98cv6387]

4/18/01 31 MINUTES: PTC ORDER. All OSCs are vacated by Judge Harry L. Hupp CR: Cynthia Mizell. **see MO for detailed info** (pbap) [Entry date 04/24/01] [2:98cv6387]

4/30/01 33 OPPOSITION by plaintiffs to renewed motion to strike plfs expert witness Barbara Luna [29-li (dial) [Entry date 05/02/01] [Edit date 05/02/01] [2:98cv6387]

4/30/01 34 DECLARATION of Charles Herrmann by plaintiffs in suppt of opp to motion to strike plfs expert witness Barbara Luna [29-11 (dhl) [Entry date 05/02/01] [2:98cv6387]

4/30/01 35 DECLARATION of Richard E Brown by plaintiffs in suppt of opp to motion to strike plfs expert witness Barbara Luna [29-1] (dhl) [Entry date 05/02/01] [2:98cv6387]

5/7/01 36 MINUTES: Proceedings: ORD transfering mot. Dft United States has renewed its mot to str plfs expert witness Barbara Luna in the following cases: 98-2243, 98-6369, 98-6387, 98-6388 and 98-6389. The Crt previously had transferred 98-2243 and 98-6369 to Guam for damages trials. Accordingly, this mot, as it relates to 98-2243 and 98-6369 will be heard by the trial judge in Guam. This crt will hear the mot as it relates to 98-6387, 98-6388 and 98-6389, on 5/14/01 at 10:00 by Judge Harry L. Hupp CR: not present (pbap) [Entry date 05/09/01] [2:98cv6387]

5/14/01 37 MINUTES: denying motion to strike plfs expert witness Barbara Luna [29-1] in 98-2243(a), (b), (c), (d), CV 98-6387, CV 98-6388 and CV 98-6389 by Judge Harry L. Hupp CR: Cynthia L. Mizell. (ENT 5/15/01) mid cpys & ntc (pbap) [Entry date 05/15/01] [Edit date 05/15/01] [2:98cv6387]

5/23/01 38 MINUTES by Judge Harry L. Hupp: With the exception of one

sub-issue, the mot of dft Serco for summary jgm is DEN by
reason of the existence of triable issues of fact as to
negligence & proximate or legal cause. It seems most
efficient to try the liability issue as to Serco in those
cases where only Serco is a dft first, bef one judge, & get
a liability finding. If damage trials are thereafter
necessary, the case can be sent out for individual damage
trials. Accordingly, the crt intends to modify the PTC ords
already submitted, specifying that there shall be liability
trials bef one judge in the Central District, to precede
any damage trials, w/ damage trials to proceed individually
if liability is found. Cnsl should expect the modified PTC
ords imminently, followed by info as to identity & date of
a stat conf bef the selected trial judge to set a date for
a liability trial. CR: Cynthia L. Mizell. (gk)
[Entry date 06/06/01] [2:98cv6387]

6/6/01  39  NOTICE of satisfaction of Lien relating to Cash Advances to
Tae Heung Chung, Sung Yoo Park & Ok Ran Kim [10-1] fid by
Dft Korean Air Lines Co Ltd (re MDL 1237) (ir)
[Entry date 06/07/01] [2:98cv6387]

7/18/01  40  STIPULATION and ORDER by Judge Harry L. Hupp of dism with
prej of all claims filed by the United States, Serco and
Korean Air, each party to bear its own costs terminating
case (MD JS-6) . (ENT 7/24/01) (pbap) [Entry date 07/24/01] [2:98cv6387]

7/27/01  42  MINUTES: Case reopened   (MD JS-5) case closed in error
by Judge Harry L. Hupp  CR: n/a (dmjr) [Entry date 0 8/02/01]
[2 : 98cv6387]

8/3/01  43  MINUTES: ORDERto show cause in writing nit 8/20/01 why CV
98-6387 and th eportion of CV 01-4538 pertaining to the
claims to the Estate of Thee, Hi Ra should not be
consolidated and transferred to Guam for a damages trial by
Judge Harry L. Hupp CR: Cynthia L. Mizell (pbap)
[Entry date 08/07/011 [2:98cv6387]

8/24/01 44  MINUTES: Vacating Scheduling order to show cause issued on

8/3/01 [43-1], [43-2] . The ptys have stip to the consolidation of those
portions of CV 01-4538 and CV 98-6387 pertaining to the cims to the Estate of
Rhee, Hi Ra. Consolidation of these mtrs is hereby ord by the crt. Following
the pretrial conf the consolidated actn will be transferred to Guam for a
damages trial. The ptys are ord to submit all pretrial conf papers by
9/10/01. If the crt approves the pretrial papers as submitted, the ptys need
not appear on 9/17/01. The US should confirm that it has accepted liability
for the consolidated case; Pretrial conference on 11:00 9/17/01, Case
consolidated 2:98-cv-6387 with member cases 2:01-cv--4538 by Judge Harry
L. Hupp CR: Cynthia Mizell (tw) [Entry date 08/28/01] [2 : 98cv6387]

9/5/01  45  MINUTES: Mot to dism. Case CV 98-2243 (c) (b) (d) and 98-6388
as to Serco s liability will need a pretrial conf for
liability trial in the Central Dist. That pretrial conf is
set for 9/26/01 at 9:00. It is contemplated that these
cases will be transferred to another judge in this dist for
liability trail at the conclusion of the pretrial conf. by
Judge Harry L. Hupp CR: Cynthia Mizell (tw)
[Entry date 09/06/01] [2:98cv6387]

9/14/01  46  Pretrial Conf ORDER by Judge Harry L. Hupp. Pretrial
conference on 1:30 9/17/01 (tw) [Entry date 09/17/01]

```
        [2 : 98cv6387]

  9/14/01   47  MINUTES: Proceedings: PTC ORD. The jnt PTC order in the
               consolidated cases CV 98-6387 and CV 01-4538(g) is approved,
               signed and filed this date. This mm order comprises a
               portionof the PTC orders in this case along with the PTC
               order previously signed and the jnt exhibit list, separate
               witness lists, contentions, the crt s summary of Korean
               damage law, and suggested model jury instructions. These
               matters are now transferred to the District of Guam purs to
               the provision of the Federal Tort Claims Act, as previously
               decided by the crt. The trial is to be a damages trial only,
               the United States having accepted liability, and having
               agreed to defend and indemnify the other defendant Serco. ;
               pretrial conference calendared for 9/17/01 is removed from
               the calendar by Judge Harry L. Hupp CR: Cynthia L. Mizell
               (pbap) [Entry date 09/18/01] [Edit date 09/19/01]
               [2: 98cv6387]

  9/19/01   48  STIPULATION and ORDER by Judge Harry L. Hupp that all
               claims file d by any of them against the other shall be
               dismissed with prej, each party to bear its own costs
               terminating case (MD JS-6) (pbap) [Entry date 10/04/01]
               [2: 98cv63 87]

  10/3/01   49  MINUTES: The clerk of the crt should proceed to transfer
               to Dist of: Guam the following cases: CV 98-6387 and CV
01-4538  by Judge Harry L. Hupp CR: not present. (ENT
10/4/01) re: MDL 1237 (pbap) [Entry date 10/04/01] [Edit date 10/04/01]
[2:98cv6387]

10/4/01 --  TRANSMITTAL of documents orig file, cc docket & ord to the
District of GUAM. (pbap) [Entry date 10/04/01]
[2 : 98cv6387]

;    [RSN EOD 11/06/2001]
```