1  CHARLES HERRMANN, (WA. Bar #6173)
   Herrmann Law Firm
2  1535 Tacoma Avenue South
3  Tacoma, WA 98402
   Telephone: (253) 627-8142
4  Facsimile: (253) 627-1835

5  DAVID J. LUJAN
6  Lujan, Aguigui & Perez
   Pacific News Building Suite 300
7  238 Archbishop Flores Street
8  Hagatña, Guam 96910
   Telephone: (671) 477-8064
9  Facsimile: (671) 477-5297

10 Attorneys for Plaintiffs

FILED
DISTRICT COURT OF GUAM
AUG -1 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
| | Civil Case No. 01-00060 |
| KIL SUNG RHEE (LEE), et al., | THIS DOCUMENT RELATES TO: |
| Plaintiffs, | *Formerly* U.S.D.C. C.D. CA. Case No. CV-98-63-87-HLH (RCx) |
| vs. | |
| SERCO MANAGEMENT SERVICES, et al., | |
| Defendants. | |

1

# PROOF OF SERVICE

I declare under penalty of perjury under the laws of the territory of Guam and the United Sates of America that I am over the age of eighteen and not a party to this action. My business address is Pacific News Building Suite 300, 238 Archbishop Flores Street, Hagatña, Guam 96910.

On August 1, 2005 I served the [PROPOSED] ORDER to which this Proof of Service is attached by transmitting the same by facsimile to the following counsel of record:

    Debra D. Fowler
    U.S. Department of Justice
    Fax: 202-616-4159
    Attorneys for Defendants

Executed on this 1st day of August, 2005 at Hagatña, Guam.

By: _____
    DAVID J. LUJAN, ESQ.