CHARLES HERRMANN, (WA. Bar #6173)
Herrmann Law Firm
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 627-8142
Facsimile: (253) 627-1835

DAVID J. LUJAN
Lujan, Aguigui & Perez
Pacific News Building Suite 300
238 Archbishop Flores Street
Hagatña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

Attorneys for Plaintiffs

FILED
DISTRICT COURT OF GUAM
AUG - 1 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH<br><br>Civil Case No. 01-00060 |
| IL HWA JUNG, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SERCO MANAGEMENT SERVICES, et al.,<br><br>Defendants. | THIS DOCUMENT RELATES TO:<br><br>*Formerly* U.S.D.C. C.D. CA.<br>Case No. CV-98-63-87-HLH (RCx) |

1

## PROOF OF SERVICE

I declare under penalty of perjury under the laws of the territory of Guam and the United Sates of America that I am over the age of eighteen and not a party to this action. My business address is Pacific News Building Suite 300, 238 Archbishop Flores Street, Hagatña, Guam 96910.

On August 1, 2005 I served the [PROPOSED] ORDER to which this Proof of Service is attached by transmitting the same by facsimile to the following counsel of record:

    Debra D. Fowler
    U.S. Department of Justice
    Fax: 202-616-4159
    Attorneys for Defendants

Executed on this ____ day of _____, 2005 at Hagatña, Guam.

By: _____
    DAVID J. LUJAN, ESQ.