| | |
|---|---|
| 1 | CHARLES HERRMANN, (WA. Bar #6173) |
| 2 | Herrmann Law Firm<br>1535 Tacoma Avenue South |
| 3 | Tacoma, WA 98402<br>Telephone: (253) 627-8142 |
| 4 | Facsimile: (253) 627-1835 |
| 5 | DAVID J. LUJAN |
| 6 | Lujan, Aguigui & Perez<br>Pacific News Building Suite 300 |
| 7 | 238 Archbishop Flores Street |
| 8 | Hagatña, Guam 96910<br>Telephone: (671) 477-8064 |
| 9 | Facsimile: (671) 477-5297 |
| 10 | Attorneys for Plaintiffs |

**FILED**
DISTRICT COURT OF GUAM

AUG - 9 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
|---|---|
| | Civil Case No. 01-00060 |
| KIL SUNG RHEE (LEE), et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SERCO MANAGEMENT SERVICES, et al.,<br><br>Defendants. | THIS DOCUMENT RELATES TO:<br>*Formerly* U.S.D.C. C.D. CA.<br>Case No. CV-98-63-87-HLH (RCx)<br><br>[PROPOSED] ORDER |

1

[PROPOSED] ORDER

1  IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and that each
2  party shall bear his, her or its own costs.
3
4  IT SO ORDERED.
5  Dated this ___8th___ day of ___August___, 2005
6
7
8  _____
9  HONORABLE RONALD S.W. LEW
10  Designated District Judge
11
12  LUJAN, UNPINGCO, AGUIGUI & PEREZ LLP
13  By: _____
14  DAVID J. LUJAN, ESQ.
15  Attorney for Plaintiffs



RECEIVED
AUG - 1 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

[PROPOSED] ORDER

2