CHARLES HERRMANN, (WA. Bar #6173)
Herrmann Law Firm
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 627-8142
Facsimile: (253) 627-1835

DAVID J. LUJAN
Lujan, Aguigui & Perez
Pacific News Building Suite 300
238 Archbishop Flores Street
Hagatña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

Attorneys for Plaintiffs

**FILED**
DISTRICT COURT OF GUAM
AUG - 9 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997 | M.D.L. No. 1237 HLH |
| | Civil Case No. 01-00060 |
| KIL SUNG RHEE (LEE), et al., | THIS DOCUMENT RELATES TO: |
| Plaintiffs, | *Formerly* U.S.D.C. C.D. CA. Case No. CV-98-63-87-HLH (RCx) |
| vs. | **This case concerns decedent Lee, Hi Ra a/k/a/Rhee, Hi Ra** |
| SERCO MANAGEMENT SERVICES, et al., | **ERRATA** |
| Defendants. | |

1

Errata

A proposed order to dismiss this action was submitted to the Court August 1, 2005 under the above file numbers, but the style of the case erroneously identified the parties as **KIL SUNG RHEE (LEE)**, et al, v. **SERCO MANAGEMENT SERVICES, et al.**. That proposed order should be disregarded. An appropriate proposed order with the proper parties and file numbers has been submitted in its place.

Dated this 9th day of August, 2005

**LUJAN, UNPINGCO, AGUIGUI & PEREZ** LLP

By: _/s/ Peter C. Perez_

**PETER C. PEREZ, ESQ.**
Attorney for Plaintiffs

Errata

2