CHARLES HERRMANN, (WA. Bar #6173)
Herrmann Law Firm
1535 Tacoma Avenue South
Tacoma, WA 98402
Telephone: (253) 627-8142
Facsimile: (253) 627-1835

DAVID J. LUJAN
Lujan, Aguigui & Perez
Pacific News Building Suite 300
238 Archbishop Flores Street
Hagatña, Guam 96910
Telephone: (671) 477-8064
Facsimile: (671) 477-5297

Attorneys for Plaintiffs

FILED
DISTRICT COURT OF GUAM
AUG - 9 2005 9P
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

**In Re: AIRCRASH AT AGANA, GUAM ON AUGUST 6, 1997**

**KIL SUNG RHEE (LEE), et al.,**

Plaintiffs,

vs.

**SERCO MANAGEMENT SERVICES, et al.,**

Defendants.

M.D.L. No. 1237 HLH

Civil Case No. 01-00060

THIS DOCUMENT RELATES TO:

*Formerly* U.S.D.C. C.D. CA.
Case No. CV-98-63-87-HLH (RCx)

**This case concerns decedent Lee, Hi Ra a/k/a/Rhee, Hi Ra**

ORIGINAL

# PROOF OF SERVICE

I declare under penalty of perjury under the laws of the territory of Guam and the United Sates of America that I am over the age of eighteen and not a party to this action. My business address is Pacific News Building Suite 300, 238 Archbishop Flores Street, Hagatña, Guam 96910.

On August 9, 2005 I served the ERRATA to which this Proof of Service is attached by transmitting the same by facsimile to the following counsel of record:

**Debra D. Fowler**
**U.S. Department of Justice**
Fax: 202-616-4159
Attorneys for Defendants

Executed on this 9th day of August, 2005 at Hagatña, Guam.

By: ______________________
**PETER C. PEREZ, ESQ.**