
FILED
DISTRICT COURT OF GUAM
AUG 12 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| In re: Air Crash at Agana, Guam on August 6, 1997 | M.D.L. No. 1237 HLH |
| | Case No. 1:01-cv-00060 |
| KIL SUNG RHEE (LEE), et al., Plaintiffs, vs. SERCO MANAGEMENT SERVICES, et al., Defendants. | THIS DOCUMENT RELATES TO: Formerly U.S.D.C. C.D. CA Case No. CV-98-6387-HLH (RCx) |
| | **J U D G M E N T** |

Judgment is hereby entered in accordance with the Stipulation of Dismissal filed July 29, 2005, and Order filed August 9, 2005.

Dated this 12th day of August, 2005, Hagatna, Guam.

MARY L. M. MORAN
Clerk of Court

By: _____
Deputy Clerk