# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Kil Sung Rhee (Lee), et al., | Case No. 1:01-cv-00060 |
| Plaintiffs, | |
| vs. | |
| Serco Management Services, Inc., | **NOTICE OF ENTRY** |
| Defendants. | |

    **NOTICE IS HERBY GIVEN** that on the date indicated below this court entered on the docket of the above-entitled case the following order:

*Judgment*
*Entered: August 12, 2005*

The original order is on file at the Clerk's Office of this court. The document may be viewed at the Clerk's Office and is available for viewing on the Internet by using PACER for a fee. Information on the PACER system can be found on the court's web page: www.gud.uscourts.gov

**Date:** August 12, 2005                           Clerk of Court
                                                                                            **Mary L.M. Moran**