# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| Kil Sung Rhee (Lee), et al., | Case No. 1:01-cv-00060 |
| Plaintiffs, | |
| vs. | |
| Serco Management Services, Inc., | **CERTIFICATE OF SERVICE** |
| Defendants. | |

The following office(s)/individual(s) acknowledged receipt of the *Judgment filed on August 12, 2005 and the Notice of Entry* on the dates indicated below:

*Office of the U.S. Attorney*  *Lujan, Unpingco, Aguigui and Perez LLP*
*August 15, 2005*  *August 15, 2005*

I, Shirlene A. Ishizu, declare under the penalty of perjury that on the above listed date(s) the:

*Judgment filed on August12, 2005 and the Notice of Entry*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 15, 2005   /s/ Shirlene A. Ishizu
                          Deputy Clerk